IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS DANIELS,

    Petitioner,

    v.

RANDY GROUNDS, Warden,

    Respondent.

No. C-10-4418 TEH (PR)

ORDER TO SHOW CAUSE

I

On January 4, 1993, Petitioner was sentenced in Los Angeles County Superior Court to an indeterminate term of fifteen years to life in state prison following his conviction of second degree murder. Doc. #4 at 12. Now a state prisoner incarcerated at the Correctional Training Facility in Soledad, California, Petitioner has filed a pro se Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' ("BPH") refusal to grant him parole at February 23, 2009 parole suitability hearing. See Doc. #4.

**II**

**Petitioner seeks federal habeas corpus relief due to BPH's most recent failure to grant him parole on the ground that the decision is not supported by some evidence demonstrating his future dangerousness and that he poses a current threat to public safety. See Doc. #4. Liberally construed, Petitioner's claim appears colorable under the law and merits an Answer from Respondent.**

**III**

**For the foregoing reasons and for good cause shown:**

**1.   The Clerk shall serve by certified mail a copy of this Order and the Amended Petition, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk also shall serve a copy of this Order on Petitioner.**

**2.   Respondent shall file with the Court and serve on Petitioner, within sixty (60) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall file with the Answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.**

**If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty (30) days of his receipt of the Answer.**

**3.   In lieu of an Answer, Respondent may file a Motion to**

2

Dismiss on procedural grounds, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-Opposition within thirty (30) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a Reply within fifteen (15) days of receipt of any Opposition.

4.   Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner also must keep the Court and all parties informed of any change of address.

IT IS SO ORDERED.

DATED   *11/10/10*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.10\Daniels-10-4418-osc.wpd

3